AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.:<br>21-895 M (NJ) | Date and time warrant executed:<br>06/27/2021   10:50 PM | Copy of warrant and inventory left with:<br>N/A |
|---|---|---|

Inventory made in the presence of :
N/A

Inventory of the property taken and name(s) of any person(s) seized:

Facebook Data for McNutt - Received 6/24/21
Facebook Data for Walter - Received 6/27/21

## Certification

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/28/2021

_Executing officer's signature_

Brad Kurtzweil, Special Agent
_Printed name and title_